IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL ACTION NO.: |
| v. | 1:23-CR-155-JPB-LTW |
| DENNIS RAY SMITH, | |
| Defendant. | |

**REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY**[1]

The Defendant, Dennis Ray Smith ("Defendant"), by consent, has appeared before the undersigned United States Magistrate Judge and has entered a plea of guilty to Count Two of the Indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I have determined that (1) the Defendant has knowingly, voluntarily, and intelligently waived his constitutional rights, (2) his guilty plea was knowing and voluntary, and (3) the offense charged in the indictment to which he is pleading guilty is supported by an independent basis in fact establishing each of the essential elements of the offense.

---

[1] Failure to file written objections to this Report and Recommendation within **FOURTEEN (14) DAYS** after service of a copy of this Report and Recommendation shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

I therefore **RECOMMEND** that the plea of guilty be **ACCEPTED** and that the Defendant be adjudged guilty and have sentence imposed accordingly.

**IT IS SO RECOMMENDED** this 6th day of February, 2024.

_____
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE